[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10519
_____

D.C. Docket No. 8:10-cr-00258-EAK-MAP-3

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICIA LEBRON,
a.k.a. Patricia Kumer,
PAUL GOGOLEWSKI,
JOHN W. LEBRON,

Defendants - Appellants.

_____

No. 13-12054
_____

D.C. Docket No. 8:05-cr-00075-EAK-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN LEBRON,

Defendant - Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
_____

(July 21, 2014)

Before WILSON, PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

In connection with their conspiracy to engage in loan and credit application fraud, wire fraud, and wire fraud affecting a financial institution, John Lebron and Paul Gogolewski appeal their sentences, and Patricia Lebron appeals her conviction for wire fraud. On appeal, they argue:

1. That the evidence was insufficient to sustain the jury's conviction of Patricia Lebron for wire fraud affecting a financial institution (Count 7);

2. That the district court erred by applying the U.S.S.G. § 3A1.1(b) vulnerable-victim enhancement to John Lebron's offense level when calculating his guidelines range;

3. That John Lebron's sentence was substantively unreasonable; and

2

4.  That the district court's forfeiture money judgment in the amount of $353,400.00 was erroneous because it included the consideration of acquitted conduct (Count 7).

Having thoroughly considered the briefs and the record, and after the benefit of oral argument, we find no reversible error.

Nevertheless, we note that the forfeiture money judgment incorrectly states that Gogolewski was convicted on Count 7.  Accordingly, we remand to the district court for the limited purpose of correcting the forfeiture money judgment to state that Gogolewski was convicted only on Count 6 of the Superseding Indictment.

**AFFIRMED IN PART; VACATED AND REMANDED IN PART TO CORRECT APPELLANT GOGOLEWSKI'S FORFEITURE MONEY JUDGMENT.**